UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELISSA GERKE,

    Plaintiff,

v.                                        Case No: 2:14-cv-378-FtM-38DNF

COLLEEN SAMUELS,

    Defendant.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On August 18, 2014, the undersigned entered an Order (Doc. 5) requiring Plaintiff Melissa Gerke to file a complaint within fourteen (14) days. The Order specified that if Plaintiff failed to do so, then the Court would recommend that the case be dismissed. The fourteen day period has elapsed and Plaintiff has failed to file a complaint. Accordingly,

**IT IS RESPECTFULLY RECOMMENDED THAT:**

The District Court dismiss this case, terminate all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on September 18, 2014.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties