UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELISSA GERKE,

    Plaintiff,

v.                                                      Case No.: 2:14-cv-378-FtM-38DNF

COLLEEN SAMUELS,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. #10) dated September 18, 2014. Plaintiff Melissa Gerke, appearing *pro se*, and Defendant Colleen Samuels have not filed objections to the Report and Recommendation, and the time to do so has now expired.

Plaintiff initiated this action on July 3, 2014 (Doc. #1) and simultaneously filed an application to proceed *in forma pauperis* (Doc. #2). On July 14, 2014, the Court denied Plaintiff's application because her initiating document did not constitute a complaint under the Federal Rules of Civil Procedure. (Doc. #4). In that Order, the Court instructed her to file a valid complaint within twenty-one days and explained that it would recommend dismissing her case if she failed to do so. (Doc. #4 at 2).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff thereafter filed several documents with the Court in which she explained the factual basis driving her efforts to sue Defendant for defamation and alienating her daughter from her. (Doc. #6, Doc. #7, Doc. #8, Doc. #9). On August 18, 2014, the Court found that Plaintiff's second round of filings still did not constitute a valid complaint. (Doc. #5 at 1). Accordingly, the Court gave Plaintiff another fourteen (14) days to file a complaint that complied with the Federal Rules of Civil Procedure. (Doc. #5 at 1). The Court specified that Plaintiff's failure to do so would result in it recommending that her case against Defendant be dismissed. (Doc. #5). The fourteen-day period lapsed, and Plaintiff has not filed a complaint. Accordingly, Magistrate Judge Frazier recommends the Court dismiss the case. (Doc. #10).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir.1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. See 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Upon due consideration of the Report and Recommendation and an independent examination of the file, the Court accepts the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. #10) is **ACCEPTED and ADOPTED**.

2. The Clerk of the Court shall enter judgment accordingly, terminate any pending motions, and close the file.

3. The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff Melissa Gerke.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record